**Dismiss and Opinion Filed December 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00456-CV

### WILLIAM CHU, Appellant
### V.
### DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF SOUNDVIEW HOME LOAN TRUST 2005-OPT3, ASSET-BACKED CERTIFICATE SERIES 2005-OPT3 AND AMERICAN HOME MORTGAGE SERVICING, INC., Appellees

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-13182**

## MEMORANDUM OPINION
Before Justices Bridges, Fillmore, and Lewis
Opinion by Justice Bridges

Before the Court is the parties' joint motion to vacate the trial court's judgment. The parties have informed the Court that they have settled their differences. In accordance with their settlement agreement and request, we grant the parties' joint motion, vacate the trial court's judgment without regard to the merits, dismiss appellant's causes of action with prejudice to the re-filing of same, and dismiss all of Deutsche Bank National Trust Company, as Trustee for the Certificate Holders of Soundview Home Loan Trust 2005-OPT3,

Asset-Backed Certificate Series 2005-OPT3's causes of action without prejudice to the re-filing of same. *See* TEX. R. APP.

P. 42.1(a)(2)(B).

130456F.P05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

WILLIAM CHU, Appellant

No. 05-13-00456-CV          V.

DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS TRUSTEE FOR THE
CERTIFICATE HOLDERS OF
SOUNDVIEW HOME LOAN TRUST
2005-OPT3, ASSET-BACKED
CERTIFICATE SERIES 2005-OPT3 AND
AMERICAN HOME MORTGAGE
SERVICING, INC., Appellees

On Appeal from the 160th Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. 09-13182.
Opinion delivered by Justice Bridges.
Justices Fillmore and Lewis, participating.

In accordance with this Court's opinion of this date, the judgment of the trial court is **VACATED** without regard to the merits, appellant's causes of action are **DISMISSED** with prejudice to the re-filing of same, and all of Deutsche Bank National Trust Company, as Trustee for the Certificate Holders of Soundview Home Loan Trust 2005-OPT3, Asset-Backed Certificate Series 2005-OPT3's causes of action are **DISMISSED** without prejudice to the re-filing of same.

It is **ORDERED** that the parties bear their own costs of the appeal.

Judgment entered December 18, 2013

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

–3–